JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA CERVANTES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART SUPERCENTER and DOES 1 to 50,<br><br>　　　　　　　Defendants. | CASE NO.: 2:20-CV-05970-ODW (GJSx)<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**<br><br>Courtroom:　　　5D<br>District Judge:　Otis D. Wright, II<br>Magistrate Judge: Gail J. Standish<br>Complaint Filed: August 1, 2019<br>Trial Date:　　　Not Set |

　　Upon consideration of Plaintiff MARIA ELENA CERVANTES and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

　　IT IS HEREBY ORDERED THAT:

　　1.　Effective immediately, the matter herein shall be remanded to the Superior Court of State of California, County of Los Angeles, 111 North Hill Street, Los Angeles CA 90012.

///

///

///

2354-9242

1

ORDER RE: STIPULATION REMANDING BACK TO STATE COURT
CASE NO. 2:20-CV-05970-ODW (GJSX)

2. Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

Dated: October 30, 2020  _____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE